**Opinion issued August 29, 2023**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-23-00396-CV

————————————

**RONALD CAMPBELL, Appellant**

**V.**

**FAIZAN INTERNATIONAL, INC., ASIF RAZZAK, AND HARIS RASHID,
Appellees**

---

**On Appeal from the County Civil Court at Law No. 4
Harris County, Texas
Trial Court Case No. 1130859**

---

## MEMORANDUM OPINION

Appellant, Ronald Campbell, appeals from a judgment signed on May 17, 2023. Appellant has not paid for the clerk's record or the required filing fee and has not established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1 (indigence), 37.3(b) (allowing dismissal of appeal if no clerk's record filed

due to appellant's fault); *see also* TEX. GOV'T CODE §§ 51.207, 51.208, 51.941(a), 101.041; Order Regarding Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015). Appellant failed to respond to our notices of June 22, 2023 (past due filing fee) and July 25, 2023 (non-payment for clerk's record) which advised appellant that should he not provide proof of payment for the filing fee and for preparation of the clerk's record or establish indigence, this appeal was subject to dismissal. *See* TEX. R. APP. P. 5 (allowing enforcement of rule), 37.3(b) (allowing dismissal of appeal if no clerk's record filed due to appellant's fault), 42.3(c) (allowing involuntary dismissal of case).

We dismiss the appeal for want of prosecution. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Landau, and Farris.